ACCEPTED
06-14-00105-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/6/2015 4:37:19 PM
DEBBIE AUTREY
CLERK

## NO. 6-14-00105CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/6/2015 4:37:19 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT** |
| | § | |
| **vs.** | § | **OF APPEALS** |
| | § | |
| **TIMOTHY BATES** | § | **SIXTH APPELATE DISTRICT** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Timothy Bates, Appellant in the above styled and numbered cause, and moves this Court to grant and extension of time to file Appellant's brief pursuant to Rule 38.6 of the Texas Rules of Appellant Procedure and for good cause shows the following:

1. This case is on appeal from the County Court at Law No. 2, Hunt County, Texas;

2. The case below was styled *State of Texas vs. Timothy Bates*, Cause Number CR1301437.

3. Appellant was convicted of Driving While Intoxicated.

4. Appellant was sentenced to 180 days in jail probated for two years and a $400 fine.

5. Notice of Appeal was given on June 12, 2014.

6. The Clerk's record was filed on July 7, 2014; The Reporter's record was filed on November 18, 2014.

7. Appellant's brief is currently due on December 19, 2014

8. Appellant requests an extension of time of 30 days from the current due

date.

9. No extension has previously been requested in this case.

10. Appellant is not currently incarcerated.

11. Appellant relies on the following facts as good cause for the extension requested:

Appellant's attorney, Jessica Edwards, has received the record but has had insufficient time to adequately examine the record in order to effectively prepare a brief in this case.

Counsel would also show this court that, since receiving the record in this case, counsel became very ill with infectious colitis which required two separate hospital stays for treatment. Additionally, the Thanksgiving holiday fell between the time of receiving the record and the due date of Appellant's brief.

**WHEREFORE, PREMISIS CONSIDERED,** Appellant prays that this Court would grant Appellant's Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

 /s/ Jessica Edwards__
Jessica Edwards SBN: 24000994
P.O. Box 9318
Greenville, Texas 75404
Tel: (903) 513-0510
Fax: (903) 200-1359
E-Mail: jessicaedwardslaw@gmail.com
Attorney for Timothy Bates

**CERTIFICATE OF SERVICE**

This is to certify that on January 7, 2015, a true and correct copy of the above and foregoing document was served on the Hunt County Attorney's Office, by hand delivery.


/s/ Jessica Edwards
Jessica Edwards